IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HUNT GALINA, et al.

    Plaintiffs,

v.                          No. 1:10-cv-01219-JDB-egb

THE CITY OF STANTON, TENNESSEE, et al.,

    Defendants.
_____

ORDER TO SHOW CAUSE
_____

    In the Setting Letter entered January 21, 2011 [D.E. 17], this Court set a Scheduling Conference in this case for February 8, 2011 at 10:30 A.M. The Setting Letter indicated that the Scheduling Conference would be done in person before the Court. At the Scheduling Conference, attorney Ms. Pamela G. Vawter, representing the Defendants, appeared in person. The attorney for Plaintiffs Hunt Gallina and Mary Gallina, Mr. Christopher Raney Johnson, did not attend pursuant to the Setting Letter and did not contact the Court with an explanation of his absence.

    Thus, Mr. Johnson is hereby ORDERED to show cause, within fourteen days of the entry of this order, why this Court should not impose appropriate sanctions against him, pursuant to Rule 16(f)(1)(A) of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED this 8th day of February, 2011.

                                                           **s/ Edward G. Bryant**
                                                          EDWARD G. BRYANT
                                                          UNITED STATES MAGISTRATE JUDGE