**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

**HUNT GALLINA, et al.,**

      **Plaintiffs,**

**vs.**                                     **No. 1:10-cv-01219-JDB-egb**

**THE CITY OF STANTON, TENNESSEE, et al.,**

      **Defendants.**

## RESPONSE TO SHOW CAUSE ORDER

The undersigned Counsel in response to the Show Cause Order entered in this cause believes that no sanctions should be imposed and in support thereof would show the following:

The undersigned was formerly employed by the Ferrell Law Firm in Germantown, Tennessee.  The undersigned no longer has access to the electronic mail account established at the former firm.  All notices generated in this case have gone to the Ferrell Law Firm electronic mail account.  On February 17, 2011 a colleague who is considering participation in this case advised Counsel that in reviewing the documents on file saw the instant Show Cause Order issued February 8, 2011.

As of February 18, 2011 the undersigned has secured new electronic mail access to the ECF system and the Pacer system.  Counsel sincerely regrets the inconvenience caused the Court and opposing counsel by his recent absence at the Scheduling Conference and apologizes for same.  Regrettably, Counsel is not technologically savvy,

but believes he has resolved the issues which led to the current situation. Accordingly, the undersigned believes that sanctions ought not to be imposed.

Respectfully submitted,
DOBSON LAW FIRM, PLLC

By:   /s/ Chris R. Johnson
         Chris R. Johnson  (#026396)
         Attorney for Plaintiffs
         7515 Corporate Centre Drive
         Germantown, Tennessee 38138
         901.754.9935 tel
         901.737.9499 fax
         Johnson.Legal@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this pleading or document has been served upon the following via United States Mail or the Court's Electronic Filing System:

Michael R. Hill
Pamela G. Vawter
Flippin, Collins & Hill, PLLC
1066 S. Main Street
PO Box 679
Milan, TN 38358

Andrew V. Sellers
Christopher C. Hayden
Waldrop & Hall
106 South Liberty Street
Jackson, TN 38301

This the 21st day of February, 2011.

DOBSON LAW FIRM, PLLC

By: /s/ Chris R. Johnson
      Chris R. Johnson