# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE (JACKSON)

| | | |
|---|---|---|
| HUNT GALLLINA and | ) | |
| MARY GALLINA, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | No. 1:10-cv-01219-JDB-egb |
| | ) | |
| | ) | |
| THE CITY OF STANTON, TENNESSEE, | ) | |
| THE MAYOR OF STANTON, Individually | ) | |
| and in his Official Capacity, CITY OF STANTON | ) | |
| PLANNING COMMISSION, Commissioners, | ) | |
| Individually and in Official Capacity, CITY | ) | |
| ATTORNEY OF STANTON, Individually and | ) | |
| In Official Capacity, and AG GRO CROP | ) | |
| SERVICES, JIMMY BAIRD, Individually and as | ) | |
| Agent/owner of Ag Gro Crop Services, | ) | |
| | ) | |
| DEFENDANTS. | ) | . |

## MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY

COME NOW Plaintiffs, Hunt Gallina and Mary Gallina, by and through their counsel of record, and request the Court to grant them an extension of twenty-one (21) days to respond to outstanding Interrogatories and Request for Production of Documents. In support thereof, counsel would state unto the Court as follows:

1.  Plaintiffs have submitted a settlement offer to the City of Stanton and have not received a response as of this date. Plaintiffs would request an extension of twenty-one (21) days to allow them time to attempt to complete settlement of this matter and responds to Defendant's discovery requests.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that:

1.  An Order be entered granting Plaintiffs twenty-one (21) days to respond to

outstanding Interrogatories and Request for Production of Documents to allow them time to attempt to complete settlement of this matter.

Respectfully submitted,

s/ David M. Waldrop
David M. Waldrop  (#13079)
WALDROP & NEARN, P.C.
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489


s/ Christopher Johnson
Christopher Johnson
DOBSON LAW FIRM, PLLC
7515 Corporate Centre Drive
Germantown, TN 38138
(901) 754-9935

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by filing the same electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system this 23rd day of February, 2012.

                                              s/ David M. Waldrop
                                              David M. Waldrop