# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| HUNT GALLINA and MARY GALLINA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:10-cv-01219-JDB-egb |
| | ) | |
| THE CITY OF STANTON, TENNESSEE, | ) | |
| THE MAYOR OF STANTON, Individually | ) | |
| and in his Official Capacity, CITY OF STANTON | ) | |
| PLANNING COMMISSION, Commissioners, | ) | |
| Individually and in Official Capacity, CITY | ) | |
| ATTORNEY OF STANTON, Individually and | ) | |
| in Official Capacity, and AG GRO CROP | ) | |
| SERVICES, JIMMY BAIRD, Individually and as | ) | |
| Agent/Owner of Ag Gro Crop Services, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Notice of Voluntary Nonsuit [D.E. 48] filed by the Plaintiffs, Hunt Gallina and Mary Gallina, in this cause, the Plaintiffs' claims against the Defendants, City of Stanton, Tennessee, and the City of Stanton Planning Commission, Mayor of Stanton Allan Sterbinsky, and City Attorney Michael Banks, in their individual and official capacities, are hereby dismissed, without prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

The Defendants' First Requests for Admission to the Plaintiff Hunt Gallina, and Defendants' First Request for Admissions to Plaintiff Mary Gallina are deemed admitted. The Plaintiffs agree that said admissions may be used against them should the Plaintiffs elect to re-file this cause of action against the Defendants.

If Plaintiffs elect to re-file this lawsuit against the Defendants, the Plaintiffs shall pay an attorney fee of $405.00 representing the cost incurred by Defendants for filing the motion to compel discovery responses.

IT IS HEREBY ORDERED and ADJUDGED.

Enter this, the 12th day of March, 2012.

          **s/ J. Daniel Breen**
          UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

FLIPPIN, COLLINS & HILL, P.L.L.C.

By:   /s/ Pamela G. Vawter
      MICHAEL R. HILL (#017409)
      PAMELA G. VAWTER (#024768)
      Attorneys for Defendants City of Stanton,
      Stanton Planning Commission, Mayor Allan
      Sterbinsky and City Attorney Michael Banks
      1066 S. Main Street
      P.O. Box 679
      Milan, TN 38358-0679
      Telephone: (731) 686-8355
      Fax: (731) 686-9094
      mh_fch@bellsouth.net
      pv_fch@bellsouth.net

WALDROP & NEARN, P.C.

By:   /s/ David M. Waldrop
      DAVID M. WALDROP (#13079)
      Attorney for Plaintiffs Hunt and Mary Gallina
      9032 Stone Walk Place
      Germantown, TN 38138
      Telephone: (901) 759-3489
      davidw@wblnlaw.com

RIKARD & DOBSON, PLLC

By: <u>  /s/ Christopher R. Johnson</u>
     CHRISTOPHER R. JOHNSON (#026396)
     Attorney for Plaintiffs Hunt and Mary Gallina
     7515 Corporate Centre Drive
     Germantown, TN 38138
     Telephone:  (901) 754-9935
     johnson.legal@yahoo.com